UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LUEHRING,<br><br>                          Plaintiff,<br><br>         v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>                          Defendants. | Case No. 2:21-cv-01426-GW-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("SAC"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge. IT IS THEREFORE ORDERED that the claims in Plaintiff's SAC against Defendants Adam Stroll, Tim Houser, Brian Banks, and the Los Angeles County Sherriff's Department for alleged Fourth, Eighth, and Fourteenth Amendment rights violations be DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND.

Dated: October 31, 2022

                                                HONORABLE GEORGE H. WU
                                                United States District Judge