UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-01426-GW-SHK | Date: | April 25, 2023 |

Title: *Frederick Luehring v. Los Angeles County, et al.*

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO SERVE**

The operative complaint in this matter is Plaintiff Frederick Luehring's ("Plaintiff") Second Amended Complaint ("SAC") filed on October 18, 2021. Electronic Case Filing Number ("ECF No.") 18, SAC. Plaintiff was ordered ("Service Order") to serve a summons and the SAC on Defendant Lohnnie Day ("Defendant") pursuant to Federal Rule of Civil Procedure ("Rule") 4(m) by February 6, 2023. ECF No. 24, Service Order at 1. However, on February 8, 2023, the Court issued its Order Granting in Part and Denying in Part Extension of Time to Serve Defendant ("Extension Order"). ECF No. 28, Extension Order. In the Extension Order, Plaintiff was given until March 30, 2023 to perfect service on Defendant and file a proof of service with the Court. To date, there is no indication that Defendant has been served by filing the proof of service.

Accordingly, on or before **May 2, 2023**, Plaintiff is ORDERED TO SHOW CAUSE in writing why the SAC should not be dismissed without prejudice for failure to prosecute; or file a proof of service demonstrating proper service of the summons and SAC on Defendant.

The Court advises Plaintiff that failure to serve the summons and SAC and file the proof of service on or before May 2, 2023, **will** result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**